**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| DELFINA SOTO-SOTO,<br>*Petitioner*,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br>*Respondent.* | No. 20-70587<br><br>Agency No.<br>A209-406-355<br><br>ORDER |

Filed November 18, 2021

Before: J. Clifford Wallace and Milan D. Smith, Jr., Circuit Judges, and Jane A. Restani,* Judge.

## ORDER

A judge sua sponte requested a vote on whether to rehear this matter en banc. The matter failed to receive a majority of votes of the non-recused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35.

Rehearing en banc is **DENIED**.

---

* The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.